SO ORDERED.

SIGNED this 22nd day of March, 2017.



_____
Robert E. Nugent
United States Bankruptcy Judge

DESIGNATED FOR ONLINE PUBLICATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| IN RE: | |
|---|---|
| TIAT CORPORATION, | Case No. 16-10764<br>Chapter 11 |
| Debtor. | |

### *NUNC PRO TUNC* ORDER CORRECTING MEMORANDUM OPINION DATED JANUARY 13, 2017 (Doc. 213)

Subsequent to the Court issuing its valuation opinion on January 13, 2017 (Doc. 213) in this case, it has been brought to the Court's attention that the text of footnote 37 referenced on page 20 of the Memorandum Opinion is omitted. The text of footnote 37 should read as follows: "*See In re Windsor Hotel, L.L.C.* 295 B.R. 307, 311 (Bankr. C.D. Ill. 2003) citing the Appraisal Institute's definition of stabilized occupancy or income from *The Appraisal of Real Estate* (10th ed. 1992). *The Appraisal of Real Estate* is currently in its 14th edition and dated 2013." The Court issues this

*nunc pro tunc* correction of its Memorandum Opinion; in all other respects the Court's opinion remains unchanged.

###